UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BRIAN EDWARD GLICK,**

    **Plaintiff,**

v.                                                               Case No.  5:20-cv-164-TKW-MJF

**CENTURION OF FLORIDA, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation. (Doc. 24) and Plaintiff's objections (Doc. 26).  The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff's fourth amended complaint fails to state a claim upon which relief can be granted.  Accordingly, it is

    **ORDERED** that:

    1.    The Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 12th day of November, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**